UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

LLOYD R. FIELDS,

    Plaintiff,                          Case No. 3:19-cv-135

vs.

BASTECH, INC., *et al.*,                 District Judge Michael J. Newman

    Defendants.

_____

**ORDER: (1) TERMINATING THIS CASE PURSUANT TO THE PARTIES' SETTLEMENT AGREEMENT; AND (2) CLARIFYING THE COURT WILL RETAIN JURISDICTION UNTIL AUGUST 15, 2021 TO ENFORCE THE TERMS OF THEIR SETTLEMENT AGREEMENT**
_____

The Court, having been advised that the above-captioned matter has been settled, **IT IS ORDERED** that this action is hereby **DISMISSED**, with prejudice as to all parties. At the request of counsel for both sides, the Court will retain jurisdiction until **August 15, 2021** to enforce the terms of the settlement agreement . Prior to **August 15, 2021**, the parties may move to substitute this Order and Entry with a proposed final dismissal entry agreed upon by the parties.

Parties intending to preserve this Court's jurisdiction to enforce the settlement agreement should be aware of *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994) and incorporate appropriate language in any substituted judgment entry.

    **IT IS SO ORDERED.**

Date:   March 30, 2021                          s/ Michael J. Newman
                                                      Hon. Michael J. Newman
                                                      United States District Judge